UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Nissa Allred v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10154-DRH |
| *Sandra Bastida-Guzman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10556-DRH |
| *Cheryl Beutler v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10593-DRH |
| *Aimee Bigo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11140-DRH |
| *Ann Marie Carter v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13147-DRH |
| *LaCynda and James Carter v. Bayer Corporation, et al.* | No. 10-cv-20223-DRH |
| *Heather Carver v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10406-DRH |
| *Savannah and Scott Cook v. Bayer Corporation, et al.* | No. 10-cv-20164-DRH |
| *Shirleen Cooper v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11846-DRH |
| *Julie Dillman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10428-DRH |
| *Mari Anne Foote, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10790-DRH |

| | |
|---|---|
| *Jessica and Dustin Francis v. Bayer Corporation, et al.* | No. 10-cv-20070-DRH |
| *Wendy and David Gee v. Bayer Corporation, et al.* | No. 10-cv-20306-DRH |
| *Jamie Hargreaves v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12448-DRH |
| *Marguerite Henry, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10997-DRH |
| *Clarisa Hind v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13003-DRH |
| *Mary Kaitlyn Hoth v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12609-DRH |
| *Crystal Justet v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13063-DRH |
| *Whitney Kaufman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20165-DRH |
| *Crystal Long, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11346-DRH |
| *Julie Newbold v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20166-DRH |
| *Michon Stratton Paddock v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12978-DRH |
| *Linsay Perkins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11664-DRH |
| *Norma and John Rankin v. Bayer Corporation, et al.* | No. 10-cv-20305-DRH |
| *Calleen Rivas v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12447-DRH |
| *Shandy Strasburg v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12425-DRH |

*Ashlee and Jeff Turville v. Bayer*          No. 10-cv-20298-DRH
*Corporation, et al.*

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 14, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                         **NANCY J. ROSENSTENGEL,**
                         **CLERK OF COURT**


                         **BY:** /s/*Sara Jennings*
                               **Deputy Clerk**

**Dated:** March 17, 2014

Digitally signed by David R. Herndon
Date: 2014.03.17 14:43:34 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**